

Prob12C
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** BREANNA M. WHITE

Case Number: 2:09-cr-378-JCM-PAL

Name of Sentencing Judicial Officer: Honorable James C. Mahan

Date of Original Sentence: March 12, 2010

Original Offense: Conspiracy to Acquire Oxycodone by Fraud

Original Sentence: Two Years Probation

Date Supervision Commenced: March 12, 2010

## PETITIONING THE COURT

✓ To issue a warrant

___ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1.  **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.**

    Ms. Breanna White tested positive for marijuana on the following occasions:

    July 26, 2010
    May 10, 2011
    May 15, 2011
    May 17, 2011
    May 31, 2011

    Ms. White admitted to the undersigned probation officer that she smoked marijuana on the above mentioned occasions.

Prob12C
D/NV Form
Rev. Mar. 2007

RE: BREANNA WHITE

2.  **The defendant shall not leave the judicial district without the permission of the court or probation officer.**

    In May 2011, Ms. Beanna White traveled to California without the permission of the probation office. Ms. White admitted to the undersigned probation officer that she traveled out of the state without written approval.

3.  **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

    In May 2011, it was learned that Ms. Breanna White recently obtained employment as an escort. Ms. White failed to notify the probation office of this employment until she was confronted. At that time, she admitted that she was employed as an escort.

4.  **The defendant shall submit a truthful and complete written report within the first five days of each month.**

    In a recent office visit with Ms. Breanna White and her father, it was discovered that Ms. White was not primarily residing at the address she provides on her monthly supervision reports. She admitted to staying with various friends, and not wanting to reside at home with her parents. Ms. White failed to document the address where she was staying on her monthly reports.

**U. S. Probation Officer Recommendation:**

The term of supervision should be:

   ✓ Revoked

   ___ Extended for _____ months, for a total term of _____ months

___ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ June 3, 2011 _____.

JEFFREY K. SHORT
United States Probation Officer

APPROVED:

ROBERT G. AQUINO
Supervising United States Probation Officer

Prob12C
D/NV Form
Rev. Mar. 2007

RE: BREANNA WHITE

## THE COURT ORDERS:

_____ No action

___✓___ The issuance of a warrant

_____ The issuance of a summons

_____ Other

_____
Signature of Judicial Officer

June 9, 2011
Date

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
UNITED STATES V. BREANNA WHITE, 2:09-cr-378-JCM-PAL

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 3, 2011

On March 12, 2010, Ms. Breanna White was sentenced by Your Honor to two years probation. Ms. White is currently a 21 year-old female who involved herself in fraudulently obtaining prescription medication for other individuals. Ms. White has a supportive family, but ultimately reverted to the use of controlled substances while on probation. Ms. White tested positive for marijuana on five separate occasions, which now faces mandatory revocation, pursuant to 18 U.S.C. 3583(g)(4). After she was confronted about her positive urine analysis tests, Ms. White admitted to smoking marijuana. Ms. White has recently admitted that during her term of probation, she has become addicted to synthetic marijuana. In July 2010, Ms. White was instructed by the undersigned probation officer not to smoke this substance, however, she reported that she continued to use, which led to her becoming addicted. She has been offered counseling, in which she requested to enroll on her own versus being forced into treatment. As of this writing, Ms. White has failed to enroll into counseling on her own, and the undersigned probation officer has scheduled an assessment for Ms. White with a mental health and substance abuse counselor. The probation office has been lenient with Ms. White in hopes that she can make the right decisions on her own, however, now she has failed to meet her requests, which now forces Court intervention as part of her violation conduct.

Ms. White recently traveled across state lines into California, without the permission of the probation office, for an escort date and to meet with modeling managers. Once confronted with this, Ms. White admitted to crossing state lines and working as an escort, without the knowledge and the approval of the probation office.

It does not appear that Ms. White has taken being placed on probation seriously, and she continues to violate the conditions of her supervision. An intervention was recently conducted by the probation office and Ms. White's father, in which it was explained to her the seriousness of her conduct. Mr. White and his daughter admitted that she has not primarily been staying at their residence (residence reported on all of Ms. White's monthly supervision reports) and it was alleged that she is not associating with friends that are conducive of successful supervision. A resolution was offered to place Ms. White on home confinement with electronic monitoring for three months, however, Ms. White refused this proposal and requested to go to Court.

Ms. White is a risk of nonappearance and a danger to the community, and therefore respectfully recommended that a warrant be issued for her arrest and that she be detained pending her revocation hearing.

Respectfully submitted,

JEFFREY K. SHORT
United States Probation Officer

APPROVED:

_____
ROBERT G. AQUINO
Supervising United States Probation Officer